# United States District Court
# Central District of California

| | |
|---|---|
| GAIL WILLIS,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. et al,<br><br>        Defendants. | Case No. 2:18-cv-02800-ODW-SK<br><br>**ORDER TO SHOW CAUSE RE. FAILURE TO COMPLY WITH RULE 26(f)** |

A Scheduling Conference in this action is set for August 6, 2018. As required by the Federal Rules of Civil Procedure, the parties are required to submit a Joint Rule 26(f) Report no later than 7 days prior to the Scheduling Conference. Thus, a Joint Rule 26(f) Report was due Monday, July 30. To date, no report has been filed by the parties.

Accordingly, the Scheduling Conference is **VACATED**. The Court **ORDERS** the parties **TO SHOW CAUSE in writing no later than Wednesday, August 8, 2018,** why they have failed to timely comply with the Federal Rules of Civil Procedure and this Court's Order. Failure to respond to this Order may result in dismissal of this action for lack of prosecution.

**IT IS SO ORDERED.**

August 1, 2018

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**